IN THE UNITED STATES BANKRUPTCY COURT  
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

22-20811

| | | |
|---|---|---|
| In Re:<br>**Daniel A. Defail, Jr.**<br><br>Debtor<br><br>**Daniel A. Defail, Jr.**<br>Movant<br><br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No.<br><br>Chapter **13**<br><br><br><br><br>Related to Document No. 1 |

**NOTICE REGARDING FILING OF MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(e) I, __**Scott R. Lowden**__, counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above-captioned case.

By: **/s/ Scott R. Lowden**  
 Signature  
**Scott R. Lowden**  
Typed Name  
**3948 Monroeville Blvd., Suite 2**  
**Presidential Village**  
**Monroeville, PA 15146**  
Address  
**412-374-7161 Fax:412-374-7162**  
Phone No.  
**72116 PA**  
List Bar I.D. and State of Admission

22-20811

Aspire
PO Box 105555
Atlanta, GA 30348

Bank of America
c/o Reverse Mortgage Solutions, Inc.
14405 Walters Rd., Suite 200
Houston, TX 77014

City of Greensburg
c/o Keystone Collections Group
PO Box 15642
Irwin, PA 15642

Credit One Bank
PO Box 98873
Las Vegas, NV 89193

Excela Health
PO Box 645077
Pittsburgh, PA 15264

Excela Health Medical Group
PO Box 645189
Pittsburgh, PA 15264

Fortiva CC
PO Box 105555
Atlanta, GA 30348

Ginny's, Inc.
1112 Seventh Ave.
Monroe, WI 53566

Greensburg Salem School District
c/o Keystone Collections Group
PO Box 15642
Irwin, PA 15642

Greensburg Salem School District
c/o Keystone Collections Group
546 Wendel Road
Irwin, PA 15642

KML Law Group, P.C.
BNY Independence Center - Suite 5000
701 Market Street
Philadelphia, PA 19106

Monroe & Main
1112 7th Avenue
Monroe, WI 53566

22-20811

Montgomery Wards
1112 7th Avenue
Monroe, WI 53566

Mutual Aid - Gbg
561 W. Otterman St.
Greensburg, PA 15601

Peoples Gas
PO Box 644760
Pittsburgh, PA 15264

Revco Solutions
PO Box 2724
Columbus, OH 43216

Stoneberry
PO Box 2820
Monroe, WI 53566

West Penn Power
76 S. Main Street
Akron, OH 44308

Westmoreland Hospital
532 W. Pittsburgh St.
Greensburg, PA 15601